**Order entered January 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00825-CV

## IN THE INTEREST OF W.J.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-09867**

## ORDER

Before the Court is appellant's December 14, 2018 motion for a copy of the appellate record. In the motion, appellant complains that the reporter's record has not been filed, and he asks we order the reporter to file the record.

We note the reporter's record was to be filed no later than December 21, 2018. To date, however, it has not been filed. Accordingly, we **GRANT** the motion. We **ORDER** court reporter Janet Saavedra to file the record no later than January 17, 2019 and **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra. As the clerk's record has been filed, we further **DIRECT** the Clerk of the Court to mail a paper copy of that record to appellant. A copy of the reporter's record shall be mailed to appellant once it is filed.

/s/    ADA BROWN
        JUSTICE